CENTER FOR DISABILITY ACCESS
Amanda Lockhart Seabock, Esq., SBN 289900
Prathima Reddy Price, Esq., SBN 321378
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
prathimap@potterhandy.com

Attorneys for Plaintiff Scott Johnson

JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK, SBN. 083908, mho@jmbm.com
KATE SAGERS, SBN 317747, kxs@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant Dasity International Corporation, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>    Plaintiff,<br><br>v.<br><br>**Dasity International Corporation**, a California Corporation; **Grant Hotel, Inc**. a California Corporation; and Does 1-10;<br><br>    Defendants. | CASE NO. 18-cv-01222-JCS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE**<br><br>Complaint filed: 2/25/2018<br><br>Trial Court: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Joint Stipulation and Good Cause Appearing,
IT IS HEREBY ORDERED THAT:

1. The deadline to complete mediation shall be extended to and include April 30, 2019.
2. All other dates that are triggered by the mediation date will be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: 2/14/2019

The Honorable Haywood S. Gilliam, Jr.
United States District Judge